```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BARBARA JACKSON                          |
                                         |
                    Plaintiff,           |
                                         |          MEMORANDUM AND ORDER
          - against -                    |          06-CV-1460(CBA)
                                         |
JO ANNE B. BARNHART,                     |
Commissioner of Social Security,         |
                                         |
                    Defendant.           |
-------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

Plaintiff Barbara Jackson, who is proceeding *pro se*, filed a complaint against the defendant Commissioner of Social Security on March 23, 2006. The defendant timely served a motion for judgment on the pleadings on September 22, 2006. The plaintiff's response was due 30 days later, on October 23, 2006. However, as of January 9, 2007, the plaintiff had not filed a response to the defendant's motion. Accordingly, the Court ordered the plaintiff to show cause by February 9, 2007, why she had not responded to defendant's motion, whether she opposed the motion, and the grounds upon which she opposed the motion. As of this date, the plaintiff has not responded to the Court's order to show cause.

The Court has reviewed defendant's motion for judgment on the pleadings and finds that the Commissioner's determination that plaintiff is not disabled is supported by substantial evidence. Accordingly, judgment on the pleadings is granted in favor of the defendant, and the Commissioner's decision is affirmed. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

    SO ORDERED.

Dated: Brooklyn, New York                          Carol Bagley Amon
       February 23, 2007                           United States District Judge